**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

MARCUS JOHNSON,  : No. 86 MM 2018
:
Petitioner  :
:
:
:
v.  :
:
:
:
YEADON BOROUGH,  :
:
Respondent  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of August, 2018, the Application for Leave to File Original Process is GRANTED, and the "Petition for Review (Mandamus)" is DENIED.